**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-06575 JAK (JEMx) | Date | March 14, 2012 |
|---|---|---|---|
| Title | Guadalupe Pastor v. Levy Premium Foodservice Limited Partnership, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 12, 2012, Settlement Officer, Deborah Saxe, filed a mediation report notifying the Court that the parties reached a settlement. Dkt. 25. The Court sets an Order to Show Cause re Dismissal for April 16, 2012 at 1:30 p.m. If the parties file a dismissal by April 12, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

Defendant's motion for summary judgment (Dkt. 19), June 4, 2012 final pretrial conference, June 15, 2012 exhibit conference, and June 19, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

                                                                                           _____ : _____
                                                                                           Initials of Preparer    ak